TUVŒÞÃŌÜŒÞVÒÒ

*Kevin H. Sharp*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

UNITED STATES OF AMERICA     )
                                     )

      v.                              )     NO. 3:12-00014

                                     )     JUDGE KEVIN H. SHARP

STEPHEN RICHARDS BARKER     )

## GOVERNMENT'S NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, hereby gives notice that Assistant United States Attorney

Lisa S. Rivera should be substituted in the place of Jimmie Lynn Ramsaur, Assistant United

States Attorney as the attorney for the Government in this case.

Respectfully submitted,

JIMMIE LYNN RAMSAUR
Acting Under Authority of Conferred
By 28 U.S.C. § 515

By:   s/Lisa S. Rivera           
LISA S. RIVERA
Assistant United States Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was sent via the Court's Electronic Filing System or, if not registered in this case, via e-mail on March 26, 2014 to the following:

Dumaka Shabazz
Assistant Federal Public Defender
810 Broadway – Suite 200
Nashville, TN 37203

     s/Lisa S. Rivera           
LISA S. RIVERA
Assistant United States Attorney