# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00014 |
| | ) | Judge Sharp |
| STEPHEN RICHARDS BARKER | ) | |

## ORDER

Defendant Stephen Richards Barker, who has completed more than two-thirds of his supervised release term imposed upon his conviction for four counts of tax evasion, has filed a Petition to Terminate Supervised Release (Docket No. 5). The Government, after consultation with Defendant's probation officer, has filed a response (Docket No. 8) voicing no objection to the Petition.

Having considered the record and all of the relevant factors under 18 U.S.C. § 3553(a) as required by 18 U.S.C. § 3583(e), the Court hereby GRANTS Defendant's Petition. It is hereby ORDERED that Defendant's term of supervised release shall be terminated effective immediately and this case shall be closed.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE